IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HOWARD JODENSCHWAGER, ) | |
| ) | Civil No. 06-1449-HU |
| Plaintiff(s), ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant(s). ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice, and without costs or fees awarded to either party, and with leave, upon good cause shown within thirty (30) days, to have this order of dismissal set aside and the action reinstated if the settlement is not fully consummated by then. Pending motions, if any, are denied as moot.

Dated this __30th____ day of July, 2008.

SHERYL McCONNELL
Clerk, United States District Court
 /s/ Kathleen Bartholomew

by_____
 Kathleen Bartholomew, Deputy Clerk

Case 3:06-cv-01449-HU    Document 56    Filed 07/30/08    Page 2 of 2    Page ID#: 755